29703. KAY, administrator, *v.* KUHLMAN.

BROYLES, C. J. 1. "Jurisdiction of a suit by an employee to recover unpaid minimum wages and overtime compensation, and an additional equal amount as 'liquidated damages,' and attorney's fees, under the fair-labor standards act of 1938 (29 U. S. C. A. § 216), is not vested exclusively in the courts of the United States, but may be heard and determined in any State court of competent jurisdiction." *Adair* v. *The Traco Division,* 192 *Ga.* 59 (14 S. E. 2d, 466).

2. The petition in the instant case shows that the suit was brought under the above-referred-to fair-labor act, and the superior court of Gor-

don County had jurisdiction of the case. The petition set out a cause of action, and the court erred in dismissing it on general demurrer.

*Judgment reversed. MacIntyre and Gardner, JJ., concur.*

DECIDED NOVEMBER 7, 1942.

*Joe M. Lang,* for plaintiff.

*Judgment reversed. MacIntyre and Gardner, JJ., concur.*